IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER L. JONES, | ) |
| | ) Case No. 4:07CV00020 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendant. | ) |

Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that the Commissioner of Social Security's ("Commissioner") final decision denying Christopher L. Jones's ("Plaintiff") claim for benefits be affirmed. The Plaintiff filed objections to the Report and the Commissioner filed a response. I reviewed the Magistrate Judge's Report, the Plaintiff's objections, the Commissioner's response and relevant portions of the Record. The matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, I hereby ADOPT the Magistrate Judge's Report, DENY the Plaintiff's objections, and GRANT Defendant's Motion for Summary Judgment.

The Clerk shall send a copy of this Order and the Memorandum Opinion to all counsel of record, and DISMISS this case from the docket.

Entered this 4th day of March, 2008.

s/Jackson L. Kiser
Senior United States District Judge

1